**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
(Greenbelt Division)

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| KIMBERLY BIGGERS-STEWART, | : | Case No. 12-1-6210-WIL |
| | : | Chapter 13 |
| Debtor(s). | : | |
| | : | |

**NOTICE OF DEPOSIT INTO COURT REGISTRY**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case, pursuant to section 347(a) of the Bankruptcy Code, submits the sum of $11,184.47 to the Court registry representing the following unclaimed funds:

| AMOUNT | PAYEE<br>Account No.<br>Court Claim Number | LAST KNOWN ADDRESS |
|---|---|---|
| $11,184.47 | US Department of Education<br>5160<br>#6 | P. O. Box 530260<br>Atlanta, GA  30353 |

Respectfully submitted,

October 30, 2017

/s/ Timothy P. Branigan
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410)290-9120